IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICAH BENNETT, on behalf of himself and other similarly situated, | : CIVIL ACTION :<br>: NO. 5:25-cv-04517-JLS |
| Plaintiff, | : |
| v. | : |
| MACK TRUCKS, INC., | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 6th day of January, 2026, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of the Class Action Settlement" ("Motion") (Doc. 17), the accompanying "Class Action Settlement Agreement" ("Agreement") (Doc. 17-1), and all other papers and proceedings herein, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, and the settlement of this action is **PRELIMINARILY APPROVED** because it appears that, at the final approval stage, the Court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2) and certify the settlement class under Civil Rule 23(a) and (b)(3). *See* Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii).

2. The "Notice of Settlement" form ("Notice Form") attached to the Agreement as Exhibit B and the notice protocols described in Section 6 of the Agreement are approved pursuant to Civil Rule 23(c)(2)(B). The Notice Forms shall be sent to all class members.

3. Individuals who wish to object to the settlement must follow the procedures described in Section 7 of the Agreement and Section 10 of the Notice Form.

4. Individuals who wish to exclude themselves from the settlement must follow the

procedures described in Section 8 of the Agreement and Section 8 of the Notice Form.

     5.     Winebrake & Santillo, LLC is appointed interim class counsel per Civil Rule 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

     6.     Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on _____April 23_____, 2026 at 10:00 a.m. in the Fifth Floor of the United States Courthouse, 201 Penn Street, Reading, PA 19601.  During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, *inter alia*, the following issues:  whether the settlement is fair and reasonable and warrants final approval under Civil Rule 23(e)(2); whether the service award described in the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel should be approved under Civil Rule 23(h).

     7.     Seven calendar days prior to the final approval hearing, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above.

**BY THE COURT:**

/s/ Jeffery L. Schmehl
Jeffrey L. Schmehl, J.